JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 1 1 2007

FILED
CLERK'S OFFICE

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

07 MAY -1 AM 11:58

OFFICE OF THE CLERK

**DOCKET NO. 1785**

8:07CV72

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE BAUSCH & LOMB INC. CONTACT LENS SOLUTION PRODUCTS LIABILITY LITIGATION

*(SEE ATTACHED SCHEDULE)*

### CONDITIONAL TRANSFER ORDER (CTO-8)

On August 14, 2006, the Panel transferred nine civil actions to the United States District Court for the District of South Carolina for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 444 F.Supp.2d 1336 (J.P.M.L. 2006). Since that time, 96 additional actions have been transferred to the District of South Carolina. With the consent of that court, all such actions have been assigned to the Honorable David C. Norton.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of South Carolina and assigned to Judge Norton.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of South Carolina for the reasons stated in the order of August 14, 2006, and, with the consent of that court, assigned to the Honorable David C. Norton.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of South Carolina. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

APR 2 7 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-8 - TAG-ALONG ACTIONS
## DOCKET NO. 1785
## IN RE BAUSCH & LOMB INC. CONTACT LENS SOLUTION PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA CENTRAL** | |
| CAC  8  07-255 | Timothy Morgan, et al. v. Bausch & Lomb, Inc. |
| **GEORGIA NORTHERN** | |
| GAN  1  07-380 | Jean Bowen v. Bausch & Lomb, Inc. |
| **KENTUCKY WESTERN** | |
| KYW  3  07-150 | Gregory Hobbs v. Bausch & Lomb, Inc. |
| KYW  3  07-151 | Betty Marchall Keenan v. Bausch & Lomb, Inc. |
| **LOUISIANA MIDDLE** | |
| LAM  3  07-189 | Candy Jones, etc. v. Bausch & Lomb, Inc. |
| **MISSISSIPPI NORTHERN** | |
| MSN  1  07-19 | Karen Dempsey v. Bausch & Lomb, Inc. |
| MSN  2  07-45 | Michael Terney v. Bausch & Lomb, Inc. |
| **NEBRASKA** | |
| NE  8  07-72 | Patrick Kassebaum v. Bausch & Lomb, Inc. |
| **NEW MEXICO** | |
| NM  1  07-120 | Janice Vaughan, et al. v. Bausch & Lomb, Inc. |
| **PENNSYLVANIA EASTERN** | |
| PAE  2  07-838 | Rich Mocarski v. Bausch & Lomb, Inc. |
| **PUERTO RICO** | |
| PR  3  06-2241 | Carmen Yesenia Laboy-Velez, et al. v. Bausch & Lomb, Inc. |
| **TENNESSEE MIDDLE** | |
| TNM  3  07-174 | Kathy Binkley, et al. v. Bausch & Lomb, Inc. |
| **TENNESSEE WESTERN** | |
| TNW  2  07-2083 | Barbara Lowry v. Bausch & Lomb, Inc. |
| **TEXAS SOUTHERN** | |
| TXS  4  07-758 | Kelleigh Lane v. Bausch & Lomb, Inc., et al. |

# INVOLVED COUNSEL LIST (CTO-8)
# DOCKET NO. 1785
# IN RE BAUSCH & LOMB INC. CONTACT LENS SOLUTION PRODUCTS LIABILITY LITIGATION

Jose A. Bague-Soto
Rivera, Tulla & Ferrer
50 Quisqueya Street
Hato Rey, PR 00917-1212

Joseph J. Bosick
Pietragallo, Bosick & Gordon
One Oxford Centre
38th Floor
Pittsburgh, PA 15219

Scott Earl Brady
8712 Jefferson Highway
Suite B
Baton Rouge, LA 70809

Turner W. Branch
Branch Law Firm
2025 Rio Grande Boulevard, N.W.
Albuquerque, NM 87104-2525

Kaye W. Burwell
Troutman Sanders, L.L.P.
600 Peachtree Street, N.E.
Suite 5200
Atlanta, GA 30308-2216

Gary L. Chambers
Chambers, Noronha & Kubota
2070 N. Tustin Blvd.
Santa Ana, CA 92705-4017

Ralph E. Chapman
Chapman, Lewis & Swan
P.O. Box 428
Clarksdale, MS 38614-0428

Cale Howard Conley
Conley Griggs, LLP
4400 Peachtree Road, N.E.
Atlanta, GA 30319

Gerald Davidson, Jr.
Mahaffey Pickens Tucker, LLP
1550 North Brown Road
Suite 125
Lawrenceville, GA 30043

Mark W. Davis
Davis & Feder, P.A.
P.O. Drawer 6829
Gulfport, MS 39506-7018

James M. Doran, Jr.
Waller, Lansden, Dortch & Davis, PLLC
511 Union Street
Nashville City Center, Suite 2100
Nashville, TN 37219

Barry W. Ford
Baker, Donelson, Bearman, Caldwell & Berkowitz
P.O. Box 14167
Jackson, MS 39236-4167

Charles F. Gotch
Cassem, Tierney Law Firm
8805 Indian Hills Drive
Suite 300
Omaha, NE 68114

Darolyn Yoshie Hamada
Shook, Hardy & Bacon, LLP
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, CA 92614-2546

Roy B. Herron
Herron Law Office
P.O. Box 5
Dresden, TN 38225

Michael A. Josephson
Fibich, Hampton & Leebron, LLP
1401 McKinney Street
Suite 1800
Houston, TX 77010

Nancy Lynn Leverett
Shook, Hardy & Bacon, LLP
Chase Tower, Suite 1600
600 Travis Street
Houston, TX 77002

Daniel C. Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106

INVOLVED COUNSEL LIST - (CTO-8) - DOCKET NO. 1785                                                    Page 2 of 2

Craig V. Morton, II
Morton & Germany
45 North 3rd Street
2nd Floor
Memphis, TN 38103

Thomas A. Outler
Rodey, Dickason, Sloan, Akin & Robb, P.A.
P.O. Box 1888
Albuquerque, NM 87103-1888

Adam J. Prochaska
Harding, Shultz Law Firm
P.O. Box 82028
Lincoln, NE 68501-2028

Victor A. Ramos-Rodriguez
P.O.Box 9465
Plaza Carolina Station
Carolina, PR 00988-9465

Eileen Ramos-Rosario
Urb. Reparto Metropolitano
Calle 30 S.E.
950 Altos
San Juan, PR 00921

D. Brian Rattliff
Bubalo & Hiestand, PLC
401 South Fourth Street
Suite 800
Louisville, KY 40202

Susan S. Wettle
Frost, Brown & Todd, L.L.C.
400 West Market Street
32 Floor
Louisville, KY 40202-3363

## INVOLVED JUDGES LIST (CTO-8)
## DOCKET NO. 1785
## IN RE BAUSCH & LOMB INC. CONTACT LENS SOLUTION PRODUCTS LIABILITY LITIGATION

Hon. Alicemarie H. Stotler
Chief Judge, U.S. District Court
10A Ronald Reagan Federal Bldg. &
U.S. Courthouse
411 West Fourth Street
Santa Ana, CA 92701

Hon. Timothy C. Batten, Sr.
U.S. District Judge
1756 Richard B. Russell Federal Building &
United States Courthouse
75 Spring Street, SW
Atlanta, GA 30303-3309

Hon. John G. Heyburn, II
Chief Judge, U.S. District Court
239 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202

Hon. Ralph E. Tyson
Chief Judge, U.S. District Court
301 Russell B. Long Fed. Bldg.
777 Florida Street
Baton Rouge, LA 70801-1712

Hon. Michael P. Mills
U.S. District Judge
335 Federal Bldg. & U.S. Courthouse
911 Jackson Avenue, West
Oxford, MS 38655

Hon. Michael P. Mills
U.S. District Judge
335 Federal Bldg. & U.S. Courthouse
911 Jackson Avenue, West
Oxford, MS 38655

Hon. Richard G. Kopf
U.S. District Judge
586 Robert V. Denney U.S. Courthouse
100 Centennial Mall North
Lincoln, NE 68508

Hon. Judith C. Herrera
U.S. District Judge
Peter V. Domenici U.S. Courthouse
333 Lomas Blvd., NW
Suite 710
Albuquerque, NM 87102

Hon. Paul S. Diamond
U.S. District Judge
United States District Court
17613 James A. Byrne U. S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Hon. Jose A. Fuste
Chief Judge, U.S. District Court
H-133 Clemente Ruiz Nazario U.S. Courthouse
150 Carlos Chardon Avenue
Hato Rey, PR 00918

Hon. John T. Nixon
Senior U.S. District Judge
770 Estes Kefauver Federal Building &
U.S. Courthouse
801 Broadway
Nashville, TN 37203-3800

Hon. Jon P. McCalla
U.S. District Judge
907 Clifford Davis Federal Bldg.
167 Federal Building
Memphis, TN 38103

Hon. Ewing Werlein, Jr.
Senior U.S. District Judge
11521 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002-2600

# INVOLVED CLERKS LIST (CTO-8)
# DOCKET NO. 1785
# IN RE BAUSCH & LOMB INC. CONTACT LENS SOLUTION PRODUCTS LIABILITY LITIGATION

Sherri R. Carter, Clerk
Ronald Reagan Federal Bldg. & U.S. Courthouse
411 West Fourth Street
Santa Ana, CA 92701-4516

Thomas N. Hatten, Clerk
2217 Richard B. Russell Fed. Bldg. & U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3309

Jeffrey A. Apperson, Clerk
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202

Lawrence Talamo, Clerk
U.S. District Court
139 Russell B. Long Federal Building
777 Florida Street
Baton Rouge, LA 70801-1712

Arlen B. Coyle, Clerk
U.S. District Court
P.O. Box 704
Aberdeen, MS 39730-0704

Arlen B. Coyle, Clerk
369 Federal Building & U.S. Courthouse
911 Jackson Avenue East
Oxford, MS 38655-3622

Denise Lucks, Clerk
1152 Roman L. Hruska U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102-1322

Robert M. March, Clerk
U.S. Courthouse
333 Lomas Boulevard, N.W.
Albuquerque, NM 87102

Michael E. Kunz, Clerk
2609 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Frances Rios de Moran, Clerk
150 Federico Degetau Federal Building
150 Carlos Chardon Avenue
Hato Rey, PR 00918-1767

Keith Throckmorton, Clerk
800 U.S. Courthouse
801 Broadway
Nashville, TN 37203-3816

Thomas M. Gould, Clerk
242 Clifford Davis Federal Building
167 North Main Street
Memphis, TN 38103

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010